IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MICHAEL MULLEN, JR., individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>ADVANCE STORES COMPANY, INC. d/b/a ADVANCE AUTO PARTS,<br><br>      Defendant. | Case No. 2:19-cv-00201-MPK |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bartley Michael Mullen, Jr., by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice the above entitled action as between Plaintiff and Defendant Advance Stores Company, Inc., with each party to bear its own costs.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case

Dated: November 8, 2019

Respectfully Submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com